Argued: April 7, 2014

IN THE COURT OF APPEALS OF MARYLAND

Misc. No. 28

September Term, 2013

_____

IN THE MATTER OF THE APPLICATION OF

ONIKKI TENNELL WALKER FOR ADMISSION

TO THE BAR OF MARYLAND

_____

Barbera, C.J.
Harrell
Battaglia
Greene
Adkins
McDonald

JJ.

_____

ORDER

_____

Filed: April 9, 2014

IN THE MATTER OF THE APPLICATION \* In the

OF ONIKKI TENNELL WALKER \* Court of Appeals

FOR ADMISSION TO THE \* Of Maryland

BAR OF MARYLAND \* Misc. Docket No. 28

 \* September Term, 2013

## O R D E R

The Court having considered the favorable recommendations of the Character Committee for the Second Appellate Circuit of Maryland and the State Board of Law Examiners and the oral argument of the applicant's counsel presented at a hearing held before this Court on April 7, 2014, it is this 9th day of April, 2014,

ORDERED, by the Court of Appeals of Maryland, that the favorable recommendations of the Character Committee for the Second Appellate Circuit and the State Board of Law Examiners be, and they are hereby, accepted, and it is further

ORDERED, that the applicant, upon taking the oath prescribed by the statute, be admitted to the practice of law in this State.

/s/ Mary Ellen Barbera
Chief Judge

\* Judge Watts did not participate in the consideration of this matter.